# Third District Court of Appeal
## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0956
Lower Tribunal Nos. F83-8906, F83-8907, F83-8908,
F83-8909, F83-8910, F83-8973, F83-8974, F83-9060,
F83-9246

_____

**Enrique Diaz,**
Petitioner,

vs.

**Ricky Dixon, etc., et al.,**
Respondents.

A Case of Original Jurisdiction – Habeas Corpus.

Enrique Diaz, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for respondent State of Florida.

Before LOGUE, C.J., and EMAS, and LINDSEY, JJ.

PER CURIAM.

Enrique Diaz petitions this court for habeas relief. Habeas relief is not available for matters that could have and should have been raised on direct appeal; or for matters that have already been ruled on through another appellate procedure. Fails v. Jones, 219 So. 3d 790, 791-92 (Fla. 2017); Zuluaga v. State, Dept. of Corr., 32 So. 3d 674, 676-77 (Fla. 1st DCA 2010) ("Habeas corpus is not a vehicle for obtaining additional appeals of issues which were raised or should have been raised on direct appeal, or which could have been, should have been, or were raised in post-conviction proceedings.").

Petition dismissed.